UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELIZABETH TYREE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 12-11605-RWZ |
| ) | NOTICE OF APPEAL |
| ANTHONY FOXX, Secretary, ) | |
| United States Department of ) | |
| Transportation Agency ) | |
| ) | |
| Defendant. ) | |

FILED
IN CLERKS OFFICE
2014 SEP 25 P 3: 09
U.S. DISTRICT COURT
DISTRICT OF MASS.

Pro Se Plaintiff Elizabeth Tyree, pursuant to Rule 4 (a)(1)B) United States Court of Appeals For the First Circuit Rulebook, herby respectfully appeal the order of the Court (Docket # 71) allowing the Defendant's motion for Summary Judgment (Docket # 58).

This appeal is to the United States Court of Appeals for the First Circuit.

*[signature]*

Pro Se Plaintiff

Elizabeth Tyree

106 Sixth St.

Cambridge, Massachusetts 02141

Dated: 09/25/2014

LOCAL RULE 7.1 CERTIFICATION

I have not conferred with the Defendant's Counsel because I am pro se and Local Rule 7.1 requires only that "counsel" confer.

By: *[signature]*

Elizabeth Tyree
Pro Se Plaintiff
106 Sixth St.
Cambridge, Massachusetts 02141


Dated: 09/25/2014

CERTIFICATE OF SERVICE

This document will be mailed to the Defendant's Counsel AUSA Christine Wichers, John Joseph Moakley U.S. Courthouse, One Courthouse Way, Suite 9200, Boston, MA 02210 via United States Postal Service Certified Mail on September 25th, 2014.

By: *[signature]*

Elizabeth Tyree
Pro Se Plaintiff
106 Sixth St.
Cambridge, Massachusetts 02141